UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  David REYES-Hernandez,  Defendant | Magistrate Docket No.  **'08 MJ 17 8 8**  COMPLAINT FOR VIOLATION OF:  Title 8, U.S.C., Section 1326  Deported Alien Found in the  United States |

The undersigned complainant, being duly sworn, states:

On or about **June 6, 2008** within the Southern District of California, defendant, **David REYES-Hernandez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **JUNE, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
David REYES-Hernandez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On June 6, 2008, Border Patrol Agent G. Toups was assigned to Border Patrol Operations in the vicinity of Japatul, California. At approximately 10:30 p.m., Agent Toups responded to a citizen's call in an area known as Japatul Valley Road. This area is located approximately 5 miles west of the Tecate, California Port of Entry and approximately 14 miles north of the United States/Mexico International Border Boundary. This area is commonly used by illegal aliens in order to further their illegal entry into the United States.

Agent Toups approached the area and exited his vehicle. After searching the immediate area for a short time, Agent Toups found one individual walking on Japatul Valley Road. Upon approaching the individual, Agent Toups identified himself as a United States Border Patrol Agent in both the English and Spanish languages. Upon questioning, the individual later identified as the defendant **David REYES-Hernandez**, freely admitted to being a citizen of Mexico and that he did not possess any documents to enter or to remain in the United States legally. The defendant further stated that he entered the United States illegally on June 4, 2008 at approximately 5:00 p.m., by walking through the hills. The defendant was arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 13, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on June 8, 2008 at 10:00 a.m.

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **June 6, 2008**, in violation of Title 8, United States Code, Section 1326.

_____       6/8/2008 at 10:15 a.m.
Ruben B. Brooks                       Date/Time
United States Magistrate Judge