# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        CALIFORNIA

### APPEARANCE

Case Number: 08mj1788

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAVID REYES-HERNANDEZ

I certify that I am admitted to practice in this court.

| 6/12/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |

| John C. Ellis, Jr. / Federal Defenders of SD | 228083 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | Case No. 08mj1788 |
| ) | |
| v.     ) | |
| ) | |
| DAVID REYES-HERNANDEZ,     ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  June 12, 2008
        /s/ John C. Ellis, Jr.
        JOHN C. ELLIS, JR.
        Federal Defenders
        225 Broadway, Suite 900
        San Diego, CA 92101-5030
        (619) 234-8467  (tel)
        (619) 687-2666  (fax)
        john_ellis@fd.org