

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2199-DMS |
| Plaintiff, | ) ) ) | <u>S U P E R S E D I N G</u><br><u>I N F O R M A T I O N</u> |
| v. | ) ) | Title 8, U.S.C., Sec. 1325 - |
| DAVID REYES-HERNANDEZ, | ) ) | Illegal Entry (Felony) |
| Defendant. | ) ) | |

The United States Attorney charges:

Count 1

On or about June 6, 2008, within the Southern District of California, defendant DAVID REYES-HERNANDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on March 18, 2004 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Eastern District of

//

//

California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 13, 2008.

                KAREN P. HEWITT
                United States Attorney

                /s/ William A. Hall, Jr.

                WILLIAM A. HALL, JR.
                Assistant U.S. Attorney