O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

DAVID REYES-HERNANDEZ

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2199-DMS

I, David Reyes-Hernandez, the above named defendant, who is accused of Illegal Entry, in violation of Title 8, United States Code, Section 1325,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/13/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer